```
1  Richard C. Moreno (SBN 190869)
   rmoreno@murchisonlaw.com
2  Anastasia K. Mazzella (SBN 245201)
   amazzella@murchisonlaw.com
3  MURCHISON & CUMMING, LLP
   801 South Grand Avenue, 9th Floor
4  Los Angeles, California 90017-4613
   Telephone: (213) 623-7400
5  Facsimile: (213) 623-6336

6  Attorneys for Defendant, FREIGHTLINER
   CUSTOM CHASSIS CORPORATION, sued
7  and served herein as DOE 1
```

'08 CV 0879 W WMc

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND NATOLI and BARBARA NATOLI individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>TIFFIN MOTOR HOMES, INC., and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.<br><br>**NOTICE OF JOINDER IN NOTICE OF REMOVAL OF ACTION**<br><br>[28 U.S.C. § 1441(a) and (b)]<br><br>(Diversity)<br><br>[Filed Concurrently With Notice of Removal and Notice of Interested Parties] |

PLEASE TAKE NOTICE that defendant TIFFIN MOTOR HOMES, INC. hereby joins in defendant FREIGHTLINER CUSTOM CHASSIS CORPORATION'S Notice of Removal of the state court action described in said Notice of Removal.

DATED: May 15, 2008         Respectfully submitted,

                            GATES, O'DOHERTY, GONTER, & GUY

                            By: _____
                                Matthew M. Proudfoot
                                Attorneys for Defendant, TIFFIN MOTOR
                                HOME, INC.

1  DATED: May 15, 2008                MURCHISON & CUMMING, LLP
2
3                                     By: _____
                                          Richard C. Moreno
4                                         Anastasia K. Mazzella
                                          Attorneys for Defendant, FREIGHTLINER
5                                         CUSTOM CHASSIS CORPORATION, sued
                                          and served herein as DOE 1
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, 9th Floor, Los Angeles, California 90017-4613.

On May 16, 2008, I served true copies of the following document(s) described as **NOTICE OF JOINDER IN NOTICE OF REMOVAL OF ACTION** on the interested parties in this action as follows:

### SEE ATTACHED LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Murchison & Cumming's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 16, 2008, at Los Angeles, California.

Marian R. Wahlquist

## SERVICE LIST
### Natoli, et al., vs. Tiffin Motor Homes, Inc., etc., et al.

Douglas C. Sohn, Esq.                    Attorneys for Plaintiffs
Sohn & Associates
110 West C Street, Suite 1300
San Diego, CA 92101
Telephone: 619-237-7646
Facsimile: 858-484-3365