ORIGINAL

FAXED

1  Richard C. Moreno (SBN 190869)
   rmoreno@murchisonlaw.com
2  Anastasia K. Mazzella (SBN 245201)
   amazzella@murchisonlaw.com
3  **MURCHISON & CUMMING, LLP**
   801 South Grand Avenue, 9th Floor
4  Los Angeles, California 90017-4613
   Telephone: (213) 623-7400
5  Facsimile: (213) 623-6336

6  Attorneys for Defendant, FREIGHTLINER
   CUSTOM CHASSIS CORPORATION, sued
7  and served herein as DOE 1

'08 CV 0879 W WMc

8

9              UNITED STATE DISTRICT COURT

10         SOUTHERN DISTRICT OF CALIFORNIA

11

12  ROLAND NATOLI and BARBARA          CASE NO.
    NATOLI individuals,
13                                     **CERTIFICATION OF
                Plaintiffs,            INTERESTED PARTIES**
14
       vs.                            [28 U.S.C. § 1441(a) and (b)]
15
    TIFFIN MOTOR HOMES, INC., and      (Diversity)
16  DOES 1-100, inclusive,
                                       **[Filed Concurrently With Notice of
17             Defendants.             Joinder and Notice of Removal]**

18

19

20

21      The undersigned, counsel of record for defendant FREIGHTLINER CUSTOM

22  CHASSIS CORPORATION, hereby certifies that the following listed parties have a

23  direct, pecuniary interest in the outcome of this case.  These representations are made

24  to enable the Court to evaluate possible disqualification or recusal:

25  ///

26  ///

27  ///

28

1

1.    Plaintiffs ROLAND NATOLI and BARBARA NATOLI, represented by Douglas C. Sohn, Esq., Sohn & Associates, 110 W. C Street, Suite 1300, San Diego, CA 91214, telephone (619) 237-7646, facsimile (858) 484-3365

2.    Defendant TIFFIN MOTOR HOMES, INC., represented by Matthew M. Proudfoot, Esq., Gates, O'Doherty, Gonter, & Guy, 15635 Alton Parkway, Suite 260, Irvine, CA, 92618, telephone (949) 753-0255, facsimile (949) 753-0265.

3.    No other defendants have been named or served.

DATED: May 16, 2008                **MURCHISON & CUMMING, LLP**

By: _____
Richard C. Moreno
Anastasia K. Mazzella
Attorneys for Defendant,
FREIGHTLINER CUSTOM CHASSIS
CORPORATION, sued and served herein
as DOE 1

J:\RCM\28430\MTN\NOT.REMOVAL.INTERESTED.PARTIES

1           **PROOF OF SERVICE**

2    **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3           At the time of service, I was over 18 years of age and not a party to this action.  I am
     employed in the County of Los Angeles, State of California.  My business address is 801
4    South Grand Avenue, 9th Floor, Los Angeles, California 90017-4613.

5           On May 16 , 2008, I served true copies of the following document(s) described as
     **CERTIFICATION OF INTERESTED PARTIES** on the interested parties in this action as
6    follows:

7                     **SEE ATTACHED LIST**

8    **BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the
     persons at the addresses listed in the Service List and placed the envelope for collection
9    and mailing, following our ordinary business practices.  I am readily familiar with Murchison
     & Cumming's practice for collecting and processing correspondence for mailing.  On the
10   same day that the correspondence is placed for collection and mailing, it is deposited in the
     ordinary course of business with the United States Postal Service, in a sealed envelope with
11   postage fully prepaid.

12          I declare under penalty of perjury under the laws of the United States of America that
     the foregoing is true and correct and that I am employed in the office of a member of the bar
13   of this Court at whose direction the service was made.

14          Executed on May 16 , 2008, at Los Angeles, California.

15

16                     Marlan R. Wahlquist

17

18

19

20

21

22

23

24

25

26

27

28

1

**SERVICE LIST**
**Natoli, et al., vs. Tiffin Motor Homes, Inc., etc., et al.**

2

Douglas C. Sohn, Esq.                          Attorneys for Plaintiffs

3    Sohn & Associates
110 West C Street, Suite 1300

4    San Diego, CA  92101
Telephone: 619-237-7646

5    Facsimile: 858-484-3365

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28