1  Richard C. Moreno (SBN 190869)
   rmoreno@murchisonlaw.com
2  Anastasia K. Mazzella (SBN 245201)
   amazzella@murchisonlaw.com
3  **MURCHISON & CUMMING, LLP**
   801 South Grand Avenue, 9th Floor
4  Los Angeles, California 90017-4613
   Telephone: (213) 623-7400
5  Facsimile: (213) 623-6336

6  Attorneys for Defendant, FREIGHTLINER
   CUSTOM CHASSIS CORPORATION, sued
7  and served herein as DOE 1

8

9               UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA

11

12 | ROLAND NATOLI and BARBARA NATOLI individuals, | CASE NO. 08 CV 0879 W WMc |
   | --- | --- |
13 |  | **PROOF OF SERVICE OF DOCUMENT RE REMOVAL OF CASE TO UNITED STATES DISTRICT COURT** |
   | Plaintiffs, |  |
14 | vs. |  |
15 |  |  |
   | TIFFIN MOTOR HOMES, INC., and DOES 1-100, inclusive, | [28 U.S.C. § 1441(a) and (b)] (Diversity) |
16 |  |  |
17 | Defendants. |  |

18

---

08 CV 0879 W WMc
PROOF OF SERVICE OF DOCUMENT RE REMOVAL OF CASE TO UNITED STATES DISTRICT COURT

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, 9th Floor, Los Angeles, California 90017-4613.

On May 23, 2008, I served true copies of the following document(s) described as

1. **CIVIL COVER SHEET**
2. **NOTICE TO UNITED STATES DISTRICT COURT CLERK OF REMOVAL OF ACTION; DEMAND FOR JURY TRIAL**
3. **NOTICE OF JOINDER OF NOTICE OF REMOVAL OF CASE**
4. **CERTIFICATION OF INTERESTED PARTIES**
5. **CERTIFICATE OF SERVICE OF NOTICE OF ADVERSE PARTY AND NOTICE OT STATE SUPERIOR COURT OF REMOVAL TO FEDERAL COURT**

on the interested parties in this action as follows:

**SEE ATTACHED LIST**

**BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 23, 2008, at Los Angeles, California.

Jolanda Tedford

1

**SERVICE LIST**
**Natoli, et al., vs. Tiffin Motor Homes, Inc., etc., et al.**

| | |
|---|---|
| Gates, O'Doherty, Gonter & Guy, LLP<br>Proudfoot, Matthew M.<br>15635 Alton Parkway, Suite 260<br>Irvine, CA 92618<br>Telephone: (949) 753-0255<br>Facsimile: (949) 753-0265 | Attorneys for Defendant TIFFIN MOTOR HOMES, INC. |