UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND NATOLI and BARBARA NATOLI, individuals,<br><br>    Plaintiff,<br><br>v.<br><br>TIFFIN MOTOR HOMES, INC. and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. 08-CV-879 W (WMc)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On June 30, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing for Plaintiff were Douglas C. Sohn, Esq.. Appearing for Defendant were Matthew M. Proudfoot, Esq..

Settlement could not be reached in the case at this time.

The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

1. The Rule 26(f) conference shall be completed before *July 24, 2008*;

2. A discovery plan shall be lodged with Magistrate Judge McCurine, Jr. on or before *August 4, 2008*. Regarding each witness, the discovery plan will include the name, most current address, most current phone number, and a brief description of the subject matter of his/her testimony. The discovery plan will

also include the anticipated dates for the completion of both non-expert discovery and expert discovery; and,

3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *August 7, 2008*;

4. The Court will hold a **telephonic** Case Management Conference *on August 15, 2008* at *9:30 a.m.* pursuant to Federal Rule of Civil Procedure 16(b). Counsel for Defendants is ordered to contact opposing counsel on the day and at the time indicated above and then initiate a joint call to the Court at (619) 557-6624. **Only attorneys need appear on the call**.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED**.

DATED: July 1, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:

HONORABLE THOMAS J. WHELAN, U.S. DISTRICT JUDGE

ALL PARTIES AND COUNSEL OF RECORD