GATES, O'DOHERTY, GONTER & GUY, LLP
15635 Alton Parkway, Suite 260
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265

Attorney: MATTHEW M. PROUDFOOT, SBN: 155988

Attorney for Defendant/Cross-Complainant, TIFFIN MOTORHOMES, INC.

UNTIED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND NATOLI AND BARBARA NATOLI,<br><br>    Plaintiffs,<br><br>vs.<br><br>TIFFIN MOTOR HOMES, INC., a Corporation, and DOES 1 THROUGH 100,<br><br>    Defendants.<br>_____<br>TIFFIN MOTOR HOMES, INC.,<br><br>    Cross-Complainant,<br><br>vs.<br><br>FREIGHTLINER CUSTOM CHASSIS CORPORATION and ROES 1 through 10, inclusive,<br><br>    Cross-Defendants.<br>_____ | Case No.: 08-CV0879 W WMC<br><br>Judge:<br>Dept:<br><br><br><br><br><br>**NOTICE OF APPEARANCE**<br><br><br><br>Complaint Filed: November 29, 2007<br><br>Trial: not set |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that TIFFIN MOTORHOMES, INC. has appeared in this matter and is represented by counsel as follows:

1

**NOTICE OF APPEARANCE**

**GATES, O'DOHERTY, GONTER & GUY, LLP**

**Matthew M. Proudfoot, Esq.**

**15635 Alton Parkway, Suite 260**

**Irvine, California 92618**

**Tel: (949) 753-0255**

**Fax: (949) 753-0265**

Dated:  July 29, 2008          GATES, O'DOHERTY, GONTER & GUY, LLP

                               By: _____
                                    MATTHEW M. PROUDFOOT
                               Attorneys for Defendant/Cross-
                               Complainant, TIFFIN MOTORHOMES, INC.

**NOTICE OF APPEARANCE**