Law Offices
**Sohn & Associates**
Douglas C. Sohn
State Bar No. 82920
dsohn@sohnlaw.com

110 West C Street, Suite 1300
San Diego, California 92101
(619) 237-7646
(858) 484-3365 Fax

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND NATOLI and BARBARA NATOLI,<br><br>Plaintiffs,<br><br>v.<br><br>TIFFIN MOTOR HOMES, INC., a Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO: 08-CV-879 W (WMc)<br><br>JOINT REPORT FOLLOWING RULE 26 (f) CONFERENCE AND DISCOVERY PLAN<br><br>CMC Date: 8/15/08<br>CMC Time: 9:30 AM (Telephonic)<br>CMC Judge: Hon. William McCurine, Jr.<br>CMC Dept: C |

The Parties jointly submit the following Report and Discovery Plan:

**I.    Discovery Plan**

**A.    Rule 26(f)(1): Changes to Rule 26(a) disclosures:**

The parties believe that no changes to the Rule 26(a) rules are needed. Rule 26(a)(1) initial disclosures shall be made according to the court's July 1, 2008 Order Following Early Neutral Evaluation Conference.

**B.    Rule 26(f)(2):**

**1)    Subjects on which discovery may be needed:**

1.    Liability under Song-Beverly.

2.    Liability for civil penalty under Song-Beverly.

3.    Affirmative defenses.

**a)    Written Discovery**

Plaintiffs:

1. Written interrogatories, requests for admission and requests for production to be propounded to Defendant Freightliner.

Defendant Tiffin:

1. Request for production of documents, special interrogatories and requests for admissions to plaintiffs and Freightliner.

Defendant Freightliner Custom Chassis Corporation:

1. Written interrogatories, request for admissions, demand for production of documents to be propounded to plaintiff and Tiffin Motorhomes.

b) Depositions

Plaintiffs

| DEPONENT | ADDRESS | TELEPHONE | SUBJECT MATTER |
|---|---|---|---|
| La Mesa RV service personnel | Known to parties | Known to parties | Repair history of coach |
| On the Border service personnel | Known to parties | Known to parties | Repair history of coach |
| Freightliner PMQ re manufacture of coach | Known to Freightliner | Known to Freightliner | Manufacture of coach |
| Freightliner PMQ re warranty claim history of | Known to Freightliner | Known to Freightliner | Warranty claims history of coach |

Law Offices
Sohn & Associates
110 West C St.
Suite 1300
San Diego, CA 92101
(619) 237-7646

| | | | |
|---|---|---|---|
| coach | | | |
| Tiffin PMQ re manufacture of coach | Known to Tiffin | Known to Tiffin | Manufacture of coach |
| Tiffin PMQ re warranty claim history of coach | Known to Tiffin | Known to Tiffin | Warranty claims history of coach |
| Tiffin PMQ re requests for repurchase of the coach | Known to Tiffin | Known to Tiffin | Requests for repurchase of the coach |
| Tiffin PMQ re policies and procedures for handling requests for repurchase | Known to Tiffin | Known to Tiffin | Policies and procedures for handling requests for repurchase |
| Bob Tiffin | Known to Tiffin | Known to Tiffin | Communications with Plaintiffs |
| Ken Neal | Known to Tiffin | Known to Tiffin | Communications with Plaintiffs |

In addition, Plaintiffs anticipate taking the depositions of any percipient witnesses identified in Defendants' discovery responses or in the testimony of the above witnesses.

Defendant Tiffin:

Law Offices
Sohn &
Associates
110 West C St.
Suite 1300.
San Diego, CA 92101
(619) 237-7646

| DEPONENT | ADDRESS | TELEPHONE | SUBJECT MATTER |
|---|---|---|---|
| Ben McBride | 17388 Oaks Ave. Chino, CA 91710 | 800-421-7788 | Repairs to coach and communications with plaintiff |
| Steve Horton | Known to Freightliner | Known to Freightliner | Repair history of coach, Freightliner's warranty repairs and response to plaintiffs' request for repurchase/replacement |
| John Sanchez, On the Border Freightliner | Known to Parties | Known to Parties | Repairs to motor home |
| Freightliner PMQ re policies and procedures for handling requests for repurchase | Known to Freightliner | Known to Freightliner | Plaintiffs' request for repurchase or replacement |

Defendant Tiffin also intends to depose any witness included in this report by any other party or witnesses disclosed in discovery.

<u>Defendant Freightliner ("FCCC")</u>

Plaintiff's Roland and Barbara Natoli: Address is known to all parties. Subject matter includes purchase of subject unit, travel and repair history with subject unit, correspondence with defendants and repairs facilities for defendants. Inasmuch as Defendant Tiffin has already conducted a deposition of Plaintiff Roland Natoli, and Mr. Natoli is in ill health and undergoing chemotherapy for cancer, the parties have agreed that his deposition will limited to no more than a half day and will not unnecessarily duplicate the prior deposition.

Person most knowledgeable at On the Border Freightliner located in El Paso, Texas. Subject matter to be covered includes service and repairs performed on the subject motor home.

Law Offices
Sohn & Associates
110 West C St.
Suite 1300
San Diego, CA 92101
(619) 237-7646

Person most knowledgeable at Los Angeles Freightliner. Subject matter to be covered includes service and repairs performed on the subject motor home.

Person most knowledgeable at Tiffin Motorhomes: Subject matter includes the design and assembly of the box portion of the motor home onto the bare chassis, correspondence or communications with FCCC regarding the plaintiffs and/or the subject motor home, communications with plaintiffs regarding the subject motor home.

Marlin Saint of Tiffin Motorhomes: Subject matter includes Tiffin Motorhomes role in assembly of ECM connectors during the Tiffin manufacturing process.

In addition, FCCC anticipates taking the depositions of any percipient witnesses identified in plaintiff's discovery responses or in the testimony of the above witnesses.

FCCC needs to perform an inspection of the subject motorhome.

The parties expect to be able to conclude discovery within 90 days, and request that the court set a non-expert discovery cut-off date based upon an estimated trial date of March 2009.

c) **Expert Discovery**

Depending upon the information obtained in discovery, the parties will decide whether expert witnesses will be designated to testify at trial. If expert witnesses are designated to testify, then the parties anticipate deposing each named expert witness.

The parties request that the court set an expert discovery cut-off date based upon an estimated trial date of March, 2009.

3) **Whether discovery should be conducted in Phases**

The parties agree discovery need not be conducted in phases and no order in this regard is necessary.

Law Offices
Sohn &
Associates
110 West C St
Suite 1300
San Diego, CA 92101
(619) 237-7646

-5-

JOINT RULE 26(f) REPORT                                08-CV-879 W (WMc)

4) **Rule 26(f)(3): Changes to limitations on discovery**

The parties do not believe that any changes should be made to the limitations on discovery imposed by the federal or local rules.

C.  **Rule 26(f)(4): Other Orders**

The parties agree that the written discovery, discovery responses and deposition testimony obtained prior to removal to this Court shall be deemed admissible in this action and agree that the Court may enter an order to the effect.

II. **Possible Joinder of Additional Parties**

The parties do not anticipate joining any additional parties.

III. **Complex Case**

This is not a complex case.

IV. **Trial Estimate**

A.  The parties estimate a 5-7 day jury trial.

B.  The parties propose a trial date in March 2009.

DATED: August 4, 2008   SOHN & ASSOCIATES

By: s/ Douglas C. Sohn
DOUGLAS C. SOHN
Attorney for Plaintiffs
E-mail: dsohn@sohnlaw.com

Dated: August 4, 2008   GATES, O'DOHERTY, GONTER & GUY, LLP

By: s/Matthew M. Proudfoot
MATTHEW M. PROUDFOOT
Attorneys for Defendant/Cross- Complainant,
TIFFIN MOTORHOMES, INC.
E-Mail: mproudfoot@gogglaw.com

DATED: August 4, 2008   MURCHISON & CUMMING, LLP

s/ Richard Moreno
RICHARD MORENO
Attorneys for Defendant FREIGHTLINER CUSTOM CHASSIS CORPORATION
E-mail: RMORENO@murchisonlaw.com

Law Offices
Sohn &
Associates
110 West C St
Suite 1300
San Diego, CA 92101
(619) 237-7646

-6-

JOINT RULE 26(f) REPORT   08-CV-879 W (WMc)