UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND NATOLI and BARBARA NATOLI, individuals,<br><br>Plaintiff,<br><br>v.<br><br>TIFFIN MOTOR HOMES, INC. and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 08-CV-879 W (WMc)<br><br>**ORDER FOLLOWING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

On August 15, 2008, the Court held a telephonic Case Management Conference in the above-entitled action. Appearing for Plaintiff was Douglas C. Sohn, Esq. Appearing for Defendant Tiffin Motor Homes was Matthew M. Proudfoot, Esq. Appearing for Defendant Freightliner was Richard Moreno, Esq.

After hearing from counsel of record, the Court issues the following orders:

1. The parties shall *jointly prepare* and lodge with the Court an annotated chronology of repairs no later than **September 15, 2008** to Judge McCurine's chambers at 940 Front St., Courtroom C, San Diego, CA 92101;  and

///

///

///

2.    The parties are ordered to attend a full-day mediation with Maureen Summers no earlier than 60 days from the date of this Order and no later than 90 days from the date of this Order.

**IT IS SO ORDERED**.

DATED: August 15, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:

HONORABLE THOMAS J. WHELAN, U.S. DISTRICT JUDGE

ALL PARTIES AND COUNSEL OF RECORD