1  Richard C. Moreno (SBN 190869)
      rmoreno@murchisonlaw.com
2  Anastasia K. Mazzella (SBN 245201)
      amazzella@murchisonlaw.com
3  **MURCHISON & CUMMING, LLP**
   801 South Grand Avenue, 9th Floor
4  Los Angeles, California 90017-4613
   Telephone: (213) 623-7400
5  Facsimile: (213) 623-6336

6  Attorneys for Defendant/Cross-
   Complainant, FREIGHTLINER CUSTOM
7  CHASSIS CORPORATION

8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  ROLAND NATOLI and BARBARA NATOLI, | CASE NO. 08 CV 0879 W WMc |
| 13            Plaintiff, | **CROSS-COMPLAINT OF FREIGHTLINER CUSTOM CHASSIS CORPORATION** |
| 14       vs. | |
| 15  TIFFIN MOTORHOMES, INC., a Corporation and DOES 1 through 100, | Action Filed: November 29, 2007<br>Trial Date:    None Set. |
| 17            Defendant. | |
| 18 | |
| 19  FREIGHTLINER CUSTOM CHASSIS CORPORATION, | |
| 20            Cross-Complainant, | |
| 21       vs. | |
| 22  TIFFIN MOTORHOMES, INC. and ROES 1 through 10, inclusive. | |
| 24            Cross-Defendants. | |

25

26

27

28

Comes now cross-complainant, FREIGHTLINER CUSTOM CHASSIS CORPORATION, and for a cause of action against the cross-defendants, and each of them, and alleges as follows:

## FIRST CAUSE OF ACTION

### (Indemnity Against All Cross-Defendants)

1. That prior to filing of this cross-complaint, plaintiffs ROLAND and BARBARA NATOLI caused to be filed in the Superior Court, County of San Diego, a complaint for Damages, Case No. 37-2007-00082477-CU-MC-CTL against cross-complainant, TIFFIN MOTORHOMES, INC. Plaintiffs allege in said complaint that cross-complainant breached an express warranty covering a 2006 Tiffin Allegro Bay motor home VIN 4UZACLBW26CX60514. Plaintiffs seek recovery against cross-complainant and others as a result of the alleged breach of warranty. The complaint of plaintiffs is incorporated herein by reference for the sole purpose of illustrating its contents.

2. Cross-complainant, FREIGHTLINER CUSTOM CHASSIS CORPORATION, has denied and continues to deny all of the allegations contained in plaintiff's complaint. However, should any of the allegations contained therein be true, then said injuries and damages are the result of the active and primary negligence, fault or conduct of cross-defendants, TIFFIN MOTORHOMES, INC. and ROES 1 through 10, inclusive. Cross-complainant denies liability on its part but if cross-complainant is found to have been liable, said actions of cross-defendants, and each of them, were active and primary. Cross-complainant therefore seeks indemnity against cross-defendants, and each of them, for any and all amounts which may be paid by way of judgment, settlement, or any amounts expended for investigations, attorney's fees, court costs, and such other expense as may be incurred in defense of said claim.

3. Cross-complainant has appeared and responded in said action and has denied, and continues to deny, the allegations therein. Said response is incorporated herein by reference as though fully set forth at this point.

4. Cross-complainant was in no way negligent or responsible for the acts, injuries, or damages alleged in the plaintiff's Complaint. However, if as a result of the matters alleged in the plaintiff's Complaint, the cross-complainant is held liable for all or part of the claims asserted against him, the cross-defendants, and each of them, to the extent of their fault as determined by the court, are obligated to reimburse and will be liable to the cross-complainants for all or any liability so assessed by way of contribution. Accordingly, cross-complainant asserts his right to such contribution.

5. If it is found that cross-complainant is liable to any party in said action under any theory of recovery relevant thereto, then cross-complainant alleges that his liability, if any, is passive and derivative only and that the liabilities of the remaining parties defendant and/or cross-defendant was active and primary.

6. By reason of the foregoing, cross-complainant is entitled to be indemnified by the remaining parties defendant and/or cross-defendants for any amounts which may in good faith be paid by way of compromise, settlement or judgment and is further entitled to costs and expenses, including reasonable attorneys' fees incurred in connection therewith. The total amounts of said sums have not yet been ascertained and leave will be sought so as to insert the true amount thereof as soon as same is ascertained.

## SECOND CAUSE OF ACTION

### (For Declaratory Relief Against All Cross-Defendants)

7. Cross-complainant refers to paragraphs 1 through 6, of its First Cause of Action, and incorporates same by reference as though fully set forth at length.

8. An actual controversy exists between the parties hereto relating to their rights, duties, and liabilities. Cross-complainant contends that if it is held liable and suffers judgment herein, it is entitled to be indemnified as hereinabove alleged and is entitled to judgment over and against cross-defendants, and each of them, in like amount, and, in addition thereto, is entitled to judgment for costs and expenses in defending said action, including reasonable attorneys' fees. This cross-complainant is informed, believes, and thereon alleges that cross-defendants, and each of them, contend to the contrary.

WHEREFORE, cross-complainant prays for judgment as follows:

9. That the court determine the rights, duties, and obligations of the parties to this action;

10. That in the event it be determined that there is any sum due plaintiffs, that the court further declare and adjudge that such liability be that of the cross-defendants, and each of them, and that said cross-defendants are obligated to indemnify cross-complainant as hereinabove alleged.

11. For costs of suit, including reasonable attorneys' fees and investigative costs; and

12. For such other and further relief as to the court may seem just and proper.

DATED: September 8, 2008        MURCHISON & CUMMING, LLP

By: _____
Richard C. Moreno
Anastasia K. Mazzella
Attorneys for Defendant/Cross-Defendant FREIGHTLINER CUSTOM CHASSIS CORPORATION

J:\RCM\28430\PLD\Cross-Complaint.Tiffin